1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT FOR THE
6                    EASTERN DISTRICT OF CALIFORNIA
7
8   PAMELA SILVER, an individual,        )   NO. 1:11-CV-02029 AWI SKO
                                         )
9                       Plaintiff,       )   ORDER CLOSING THE CASE
                                         )   DUE TO VOLUNTARY
         v.                              )   DISMISSAL WITHOUT
10                                       )   PREJUDICE
    J & R LENDING, INC., et al.,         )
11                                       )
                        Defendants.      )
12  _____ )
13

14          On February 22, 2012, Plaintiff filed a request for dismissal of this case without

15  prejudice.   Although not stated in the notice, the Court construes it as one made pursuant to

16  Federal Rule of Civil Procedure 41(a)(1)(i).

17          In Wilson v. City of San Jose, the Ninth Circuit explained:

18          Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
            action prior to service by the defendant of an answer or a motion for summary
19          judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing
            Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir.
20          1987)).  A plaintiff may dismiss his action so long as the plaintiff files a notice of
            dismissal prior to the defendant's service of an answer or motion for summary
21          judgment.  The dismissal is effective on filing and no court order is required.  Id.
            The plaintiff may dismiss some or all of the defendants, or some or all of his
22          claims, through a Rule 41(a)(1) notice.  Id.; Pedrina v. Chun, 987 F.2d 608, 609-
            10 (9th Cir. 1993).  The filing of a notice of voluntary dismissal with the court
23          automatically terminates the action as to the defendants who are the subjects of
            the notice.  Concha, 62 F.2d at 1506.  Unless otherwise stated, the dismissal is
24          ordinarily without prejudice to the plaintiff's right to commence another action for
25          the same cause against the same defendants. Id. (citing McKenzie v. Davenport-
            Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)).  Such a dismissal
26          leaves the parties as though no action had been brought.  Id.
27
28

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to Plaintiff's complaint and no motions for summary judgment have been filed in this case and it appears that no such answers or summary judgment motions have been served.  Because Plaintiff has exercised her right to voluntarily dismiss the complaint under Rule 41(a)(1), this case has terminated.  See Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that the Clerk is ordered to close this case in light of Plaintiff's Rule 41(a)(1)(i) requested dismissal without prejudice.

IT IS SO ORDERED.

Dated:    February 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE